**Order entered November 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00859-CR

### DERIC EUGENE MADISON, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 291st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F14-76000-U

## ORDER

The Court **GRANTS** court reporter Cheryl A. Dixon's November 9, 2015 motion for extension of time to file the reporter's record.

We **ORDER** Ms. Dixon to file the reporter's record within **FIVE (5) DAYS** from the date of this order.

/s/    ADA BROWN
        JUSTICE